No. 86–969. KANAREK v. WAMBAUGH ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–970. BINKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–971. ROBERTSON v. ALEXANDER GRANT & CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–972. HUMMEL v. HUMMEL. Sup. Ct. Nev. Certiorari denied.

No. 86–973. SOUTH RANCH OIL CO., INC. v. SEISMIC INTERNATIONAL RESEARCH CORP. C. A. 10th Cir. Certiorari denied.

No. 86–975. WILLIAMS v. OVERTON MANOR EAST HOMEOWNERS ASSN., INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–976. CALIFORNIA v. CAREY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 86–984. BEHAR v. SOUTHEAST BANK TRUST CO., N. A., ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–988. JAMESON v. BETHLEHEM STEEL CORPORATION PENSION PLAN OF BETHLEHEM STEEL CORPORATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–992. REARDON v. REARDON ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–993. COX v. NORTON, DIRECTOR OF TAX COLLECTION OF THE LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT. C. A. 6th Cir. Certiorari denied.

No. 86–1001. GRAY HILL, INC. v. INDUSTRIAL COMMISSION OF ILLINOIS ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–1005. SOMMERS DRUG STORES COMPANY EMPLOYEE PROFIT SHARING TRUST v. CORRIGAN ET AL. C. A. 5th Cir. Certiorari denied.